# United States District Court

For the

## Southern District of Indiana

### Request for Early Termination of Supervision

Name of Offender: Mark J. Arnold          Case Number: 2:12CR00026-001

Name of Sentencing Judicial Officer: The Honorable William T. Lawrence, U.S. District Court Judge

Date of Original Sentence: February 4, 2013

Original Offense: Making a False Statement in Connection Acquisition of a Firearm

Original Sentence: 12 months and 1 day imprisonment and 2 years supervised release. $500.00 fine.

Type of Supervision: Supervised Release          Date Supervision Commenced: February 7, 2014

Asst. U.S. Attorney: James M. Warden          Defense Attorney: Jessie A. Cook

### CAUSE

The offender has completed 12 months of supervision. He has made a successful reintegration into the community by maintaining a stable residence and employment. He has made progressive strides toward supervision objectives and is in compliance with all the conditions of supervision. He has satisfied the court-ordered financial obligations by paying a total of $500.00. He has no history of violence. He has not been involved in any criminal conduct during the term of supervision, and there is no evidence of illegal drug or alcohol use. There does not appear to be a risk to the safety of any identifiable victim or to the public in general.

Title 18 U.S.C. ▪ 3583(e)(1) permits the Court to terminate a term of supervised release after expiration of one year of supervision if satisfied that such action is warranted by the conduct of the offender and in the interest of justice.

Considering the above information, this officer recommends the offender's term of supervised release be terminated effective immediately, rather than the scheduled expiration date of February 6, 2016.

Pursuant to Rule 32.1 (b) of the Federal Rules of Criminal Procedure, the U.S. Attorney's Office has been notified of the probation officer's intent to request the Court to modify the conditions or term of supervision and has:

[  ]     not responded.

[  ]     responded with no objection.

[X]     objections to the modification.

Respectfully submitted,

By

Jennifer L Considine
U.S. Probation Officer
February 23, 2015

JLC/

Approved by:

_____
Robert S. Akers
Deputy Chief U.S. Probation Officer

THE COURT ORDERS

[  ]    No Action

[X]    Early Termination

[  ]    Other as directed: _____

_____

_____


_____
Hon. William T. Lawrence, Judge
United States District Court
Southern District of Indiana


    4/2/15
_____

Date